IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| ROY LEIFESTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MAVERICK CREEK WIND L.L.C., | ) |
| | ) |
| Defendant. | )  Civil Action No. 6:22-CV-028-C |

### **ORDER**

The Court notes that the Parties have reached a settlement of all matters in controversy and filed a Notice of Settlement on March 25, 2024.

As such, the above-styled and -numbered civil action is **ADMINISTRATIVELY CLOSED**.

The trial setting in this action is VACATED.

The Parties shall file dismissal documents within 30 days from the date of this Order.

SO ORDERED.

Dated this 26th day of March, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE