IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| ROY LEIFESTER, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| MAVERICK CREEK WIND L.L.C., | ) ) ) |
| Defendant. | ) Civil Action No. 6:22-CV-028-C |

## ORDER

The Court, having considered the Agreed Motion of Dismissal With Prejudice, filed April 23, 2024, finds that all claims in the above-styled and -numbered civil action are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and with each Party to bear its own fees and costs.

SO ORDERED.

Dated this 29th day of April, 2024.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE